# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00077-CV

**Gregory Joe Wickline, Appellant**

**v.**

**Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, acting for and on behalf of Oklahoma State University; and James Michael Holder, in his individual capacity and in his capacity as Vice President for Athletic Programs and Director of Intercollegiate Athletics for Oklahoma State University, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GN-14-004391, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss the appeal, explaining that there is no longer a controversy between the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Agreed Motion

Filed: January 8, 2016